No. 73–5567.  TREADWELL ET AL. *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 73–5641.  SAVAGE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5672.  WHITE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5685.  JONES *v.* HENDERSON, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 73–5686.  APODACA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5693.  USKI *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 73–5695.  BULL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–5700.  KURZYNA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5709.  BOULWARE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–5773.  CRAWFORD *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5778.  SILVERTHORN *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 73–6032.  WHITEAKER *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.